UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

        Plaintiff,

vs.

        Case No. 00-CV-74576

        HON. GEORGE CARAM STEEH

CITY OF DETROIT, WAYNE COUNTY,

        Defendants.

_____/

ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL AND TO REINSTATE

      Before the court is a request filed by Mr. Marshall entitled "Motion for Recusal and Reinstate Instant Case." This request references a previous order entered by the court, dismissing a complaint filed by the plaintiff in the year 2000.[1] The current motion, one of a string of similar motions filed since the complaint's dismissal, asserts that this court has a bias which requires this court's recusal from the "case," and requests reinstatement of that action.

---

[1] That order set forth specific requirements to be followed by Mr. Marshall in order to obtain leave to file a further civil action.

Plaintiff's request, filed nearly five years after the dismissal of the 2000 action, is both untimely and without merit and is hereby DENIED.

IT IS SO ORDERED.

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

Dated: September 1, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 1, 2005, by electronic and/or ordinary mail.

                                    S/Josephine Chaffee
                                    Secretary/Deputy Clerk