UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

        Plaintiff,

vs.

        Case No. 00-CV-74576

        HON. GEORGE CARAM STEEH

CITY OF DETROIT, WAYNE COUNTY,

        Defendants.
_____/

ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO SUPPLEMENT THE RECORD (DOC. # 49) AND MOTION FOR PROCESS SERVICE ON THE CITY OF DETROIT (DOC. # 48)

Before the court are two new requests filed by *pro se* plaintiff Darrell Marshall, who has repeatedly filed motions in the years since a November 21, 2000 order entered by this court dismissed a complaint filed by plaintiff in the year 2000.[1]

Plaintiff's request entitled "Emergency Motion to Supplement the Record," lists a number of documents, including medical records, attached by plaintiff to his request. Plaintiff requests that the court "supplement the record" with these documents "on grounds that the court misconstrued the complaint and dismissed the complaint in the initial stage of the complaint." Plaintiff's second request simply asks that the court "order process service on the City of Detroit on grounds that the court was partial in deciding the issues within the complaint, misconstrued the complaint, and violated plaintiff's Fourteenth Amendment Constitutional Right to Due Process of Law."

---

[1] That order set forth specific requirements to be followed by Mr. Marshall in order to obtain leave to file a further civil action.

The complaint filed by plaintiff in case no. 00-CV-74576 was dismissed in the year 2000, and plaintiff's appeal of that order was dismissed in February 2001. Marshall has made repeated motions to reinstate his case since that time, which have been denied by this court. In fact, the Sixth Circuit affirmed one such decision with an accompanying opinion on May 22, 2002.

Accordingly, however liberally construed, Marshall's motions to "supplement the record" and for "process service on the City of Detroit," are meritless and are hereby DENIED. Should plaintiff have a viable cause of action he wishes to bring via a new complaint, he is instructed to follow the procedure set forth in the court's order of November 21, 2000.

IT IS SO ORDERED.

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2005

CERTIFICATE OF SERVICE

A copy of this Order was served on plaintiff on November 2, 2005, by electronic and/or ordinary mail.

S/Josephine Chaffee
Secretary/Deputy Clerk