UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

        Plaintiff,

                              Case No. 00-CV-74576

vs.

                              HON. GEORGE CARAM STEEH

CITY OF DETROIT, WAYNE COUNTY,

        Defendants.
_____/

### ORDER STRIKING PLAINTIFF'S ADDENDUM TO MOTION TO SUPPLEMENT THE RECORD

      Before the court is another document filed by Mr. Marshall in this long-ago closed case, entitled "Addendum to Motion to Supplement the Record." Because the motion to which this document refers was denied in November, 2005, the current filing is hereby STRICKEN from the record.

      Plaintiff is well aware that he has been enjoined from filing further lawsuits in this court without obtaining leave of the court in advance. Plaintiff cannot avoid this requirement by filing repeated, frivolous motions under the case number used above. Therefore, plaintiff is hereby RESTRAINED AND ENJOINED from filing further documents in case # 00-CV-74576.

      IT IS SO ORDERED.

                                                  S/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 24, 2006

### CERTIFICATE OF SERVICE
Copies of this Order were served on the parties/attorneys of record on January 24, 2006, by electronic and/or ordinary mail.

                                                 S/Josephine Chaffee
                                                 Secretary/Deputy Clerk