UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

    Plaintiff,

vs.

Case No. 00-CV-74576
HON. GEORGE CARAM STEEH

CITY OF DETROIT, and
WAYNE COUNTY,

    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION [DOC. 65]

On March 24, 2008 this court entered an order denying plaintiff's motion to vacate judgment. On April 1, 2008 the plaintiff filed a motion for reconsideration of that order.

Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The court finds that plaintiff's motion simply reiterates earlier arguments which have been previously addressed. Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration is hereby DENIED.

So ordered.

Dated: April 8, 2008

                                               S/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 8, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk