UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

        Plaintiff,

vs.                                    Case No. 00-CV-74576

CITY OF DETROIT, and            HON. GEORGE CARAM STEEH
WAYNE COUNTY,

        Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTIONS TO REINSTATE CASE [DOC. 76 AND 78]

Plaintiff, Darrell Marshall, brings the present motions to reinstate based on "fraud upon the court" and his desire to remove two "related cases from state court." Plaintiff's lawsuit arose out of an incident which occurred in 1984, whereby plaintiff was allegedly assaulted by City of Detroit police officers and hospitalized at Detroit Receiving Hospital. While at the hospital, plaintiff was diagnosed as paranoid schizophrenic. Plaintiff accused defendants of using the diagnosis to cover-up head injuries he received in the beating by Detroit police. This court previously dismissed plaintiff's case as frivolous and enjoined him from filing further lawsuits without leave of court. (See, Order dated November 21, 2000). The Court subsequently denied a motion to reinstate plaintiff's case based on newly discovered evidence. This ruling was upheld by the Sixth Circuit Court of Appeals two times, first in an Order dated May 29, 2002, and then in a second Order dated June 2, 2006. The Sixth Circuit Court of Appeals addressed plaintiff's case a third time when it denied his petition for a writ of mandamus by which he sought an

-1-

order disqualifying this judge and reinstating his civil rights action. (Order dated March 20, 2007).

Plaintiff now seeks reinstatement of this case, permission to file a new case, and removal of two state cases based on an alleged conspiracy to conceal medical and psychological injuries suffered by plaintiff at the hands of the City of Detroit, Detroit Police Officers, the State of Michigan, this court and numerous other entities. While plaintiff acknowledges this court's previous order enjoining him from filing further lawsuits without leave of court, he does not comply with the requirements of that order. In addition, this court's order dated June 19, 2003, which was upheld by the Sixth Circuit, provides that any further motions for reinstatement of this civil action will be stricken as moot. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motions for reinstatement, to file an independent action, and for removal are DENIED.

Dated: May 23, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 23, 2013, by electronic and/or ordinary mail and also on Darrell L. Marshall, 20001 Schaefer Highway, Detroit, MI 48235.

s/Barbara Radke
Deputy Clerk