UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

          Plaintiff,

                                           Case No. 00-CV-74576

vs.

                                           HON. GEORGE CARAM STEEH

CITY OF DETROIT, and
WAYNE COUNTY,

          Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT

     Plaintiff, Darrell Marshall, filed a motion for leave to file a civil rights complaint.

While attaching this court's prior order which enjoins plaintiff from filing lawsuits without

leave of court, plaintiff failed to follow the procedure set forth in that order.  Now,

therefore,

     IT IS HEREBY ORDERED that plaintiff's motion for leave to file complaint is

DENIED.  The complaint will be returned to Mr. Marshall along with a copy of this order.

Dated:  May 23, 2013

                         s/George Caram Steeh_____
                         GEORGE CARAM STEEH
                         UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 23, 2013, by electronic and/or ordinary mail and also on
Darrell L. Marshall, 20001 Schaefer Highway,
Detroit, MI 48235.


s/Barbara Radke
Deputy Clerk