UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

       Plaintiff,

                                          Case No. 00-CV-74576

vs.

                                          HON. GEORGE CARAM STEEH

CITY OF DETROIT, and
WAYNE COUNTY,

       Defendants.

_____/

ORDER DENYING PLAINTIFF'S MOTION
TO PROCEED ON APPEAL *IN FORMA PAUPERIS* [DOC. 83]

      This matter is before the court on Darrell Marshall's motion to proceed on appeal *in forma pauperis*. On May 31, 2013, Mr. Marshall filed an appeal of this court's order dated May 23, 2013. The court entered two orders on May 23, 2013. The order Mr. Marshall appears to be appealing denied his motion to reinstate this previously dismissed action accusing defendants of covering up head injuries Mr. Marshall allegedly received in a beating by Detroit police, denying permission to file a new related case, and denying his request to remove two state court cases that were related to the previously dismissed case. Mr. Marshall has been identified by the court as a frequent filer of frivolous motions and has been enjoined from filing further lawsuits without leave of court. The Sixth Circuit upheld the court's June 19, 2003 order providing that further motions for reinstatement of this civil action will be stricken as moot. Against this backdrop, the court finds that Mr. Marshall's most recent appeal is frivolous and therefore DENIES his motion to proceed with the appeal *in forma pauperis*.

1

IT IS HEREBY ORDERED that Mr. Marshall's motion to proceed on appeal *in forma pauperis* is DENIED.

Dated: June 28, 2013

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 28, 2013, by electronic and/or ordinary mail and also on Darrell L. Marshall, 20001 Schaefer Highway, Detroit, MI 48235.

s/Barbara Radke
Deputy Clerk

---