UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

    Plaintiff,

vs.

Case No. 00-CV-74576
HON. GEORGE CARAM STEEH

CITY OF DETROIT, and
WAYNE COUNTY,

    Defendants.
_____/

## ORDER DENYING MOTION TO TRANSFER [DOC. 102]

This matter is before the court on plaintiff Darrell Marshall's motion to transfer and consolidate for pretrial proceedings pursuant to rules for multidistrict litigation under 28 U.S.C. § 1407. Plaintiff's motion seeks to transfer the above-captioned case to the Middle District of Alabama where it can be consolidated with a case he filed in that court, Case No. 17-CV-00350. However, the above-captioned case has been dismissed and all of plaintiff's appeals have been exhausted. Simply put, there is no pending case before the court that can be transferred. Now, therefore,

- 1 -

IT IS HEREBY ORDERED that plaintiff's motion to transfer and consolidate for pretrial proceedings pursuant to rules for multidistrict litigation under 28 U.S.C. § 1407 is DENIED.

Dated: April 17, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 17, 2018, by electronic and/or ordinary mail and also on Darrell Marshall, P.O. Box 680542, Prattville, AL 36068.

s/Barbara Radke
Deputy Clerk

---